**Order filed October 17, 2013**



In The

# Fourteenth Court of Appeals

———————

## NO.  14-13-00606-CV

———————

### HARRIS COUNTY, TEXAS, Appellant

### V.

### CARLO PARADA, PATRICIA CONTRERAS AND PATRICIA QUIROZ CONTRERAS, Appellees

On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2011-03419

## O R D E R

Appellant's brief was due October 7, 2013**.**  No brief or motion for extension of time has been filed.  Unless appellant submits its brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **November 18, 2013**, the court will dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

PER CURIAM